UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INDUSTRIAL REALTY GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Defendant. | Case No. 2:18-CV-06665- JFW (MAAx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA** |

In accordance with the Court's Statement of Decision Granting defendant The Insurance Company of the State of Pennsylvania's Motion to Dismiss the First Amended Complaint of plaintiff Industrial Realty Group, LLC pursuant to Federal Rule of Civil Procedure section 12(b)(6), which was filed in this action on December 14, 2018 (ECF No. 36),

It is **ORDERED AND ADJUDGED** that defendant The Insurance Company of the State of Pennsylvania's Motion to Dismiss the First Amended Complaint of Industrial Realty Group, LLC (ECF No. 26) is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that plaintiff Industrial Realty Group, LLC's First Amended Complaint, and every cause of action therein, is **DISMISSED without leave to amend**.

It is further **ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

It is further **ORDERED AND ADJUDGED** that defendant The Insurance Company of the State of Pennsylvania shall be entitled to recover its costs as provided by law.

**IT IS SO ORDERED**

Dated: 12/26/18

_____
Hon. John F. Walter
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

Dated: December 21, 2018

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Matthew S. Foy*_____
    Matthew S. Foy
    Attorneys for Defendant THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Dated: December 21, 2018

LAW OFFICES OF JEFFREY B. ELLIS

By: */s/ Jeffery B. Ellis*_____
    Jeffrey B. Ellis
    Attorneys for Plaintiff INDUSTRIAL REALTY GROUP, LLC

## ATTESTATION OF E-FILED SIGNATURES

I, Matthew S. Foy, am the ECF user whose ID and password are being used to file this Rule 26(f) Joint Report. In compliance with Local Rule 5-4.3(a)(2)(i), I hereby attest that Jeffrey B. Ellis, attorney for plaintiff Industrial Realty Group, LLC, has concurred in this filing.

Dated: December 21, 2018         /s/ Matthew S. Foy
                                 Matthew S. Foy